IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PLESHETTE SANFORD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | |
| | ) | |
| THE WATER WORKS BOARD OF | ) | 2:17-cv-01904-UJB-RDP |
| THE CITY OF BIRMINGHAM | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a complaint for legal and equitable relief for redress of violations by the defendant of the plaintiffs' rights secured by:

   a) Title VII of the Civil rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq;* and

   b) The Americans with Disabilities Act of 1990, 42 U.S.C. 12101 *et seq.*

2. Federal subject matter jurisdiction exist pursuant to:

   a) 28 U.S.C.§ 1331; and 1343 (a)(3); and

   b) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.*

### PARTIES

3. Plaintiff, Pleshette Sanford (hereinafter "Sanford"), is an African American and a resident citizen of Shelby County, Alabama. Sanford was employed by the Defendant when the actions of which she complains took place.

4. Defendant The Water Works Board of the City of Birmingham (hereinafter "Water

Works") is a domestic non-profit organization doing business within Jefferson County, Alabama and is subject to the jurisdiction of this Court.

## NATURE OF ACTION

5. This is an action to redress grievances resulting from acts of the Water Works, its agents, servants, and employees with respect to Plaintiff's employment

6. Plaintiff also seeks compensatory and punitive damages to which she is entitled and attorneys' fees and cost.

## ADMINISTRATIVE PROCEDURES

7. On or about May 19, 2016, within One Hundred Eighty days of the acts complained of, the plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission. This charge was later amended to the form attached hereto as Exhibit A.

8. On or about August 16, 2017, the Equal Employment Opportunity Commission issued the plaintiff a Notice of Rights. A copy of same is attached hereto as Exhibit B.

## STATEMENTS OF FACTS

9. Plaintiff adopts and realleges each preceding paragraph as if fully set forth herein.

10. Plaintiff became employed with the Water Works in 1993, and at the time of her termination held the title of Distribution Specialist III.

11. During the last years of the plaintiff's employment at the Water Works, she was subjected to continued discrimination and harassment on the basis of her gender (female), and her disability. She complained to Human Resources on numerous occasions, and the offending supervisors would subsequently retaliate against her.

12. In December, 2015 plaintiff applied for the position of Construction Inspection.

2

13. The plaintiff was qualified for the position, but it was awarded to a white male instead. During the plaintiff's employment that position has never been held by a female.

14. In March 2016 the plaintiff applied for the position of Water Quality Inspector.

15. The plaintiff was qualified for the position, but a male was given the position. During the plaintiff's employment that position has never been held by a female.

16. Also in March 2016 the plaintiff applied for the position of Leak Survey Technician.

17. The plaintiff was qualified for the position, but a male with fewer years of seniority was given the position. During the plaintiff's employment that position has never been held by a female.

18. On May 10, 2016 the plaintiff was terminated from her employer, allegedly for telling coworkers to "shut the hell up so I can hear."

19. On the day after the plaintiff's termination, a white male co-worker threw orange juice on a female and called her a "bitch." The white male was not disciplined or terminated.

## COUNT ONE

## GENDER DISCRIMINATION IN PROMOTIONS

20. Plaintiff adopts and realleges each preceding paragraph as if fully set forth herein. This a claim against the Water Works for intentional discrimination against plaintiff, because of her gender in violation of Title VII. Plaintiff is a female and is therefore a member of a protected class. Plaintiff was qualified for the position which she held and the positions for which she applied.

21. Plaintiff's membership in a protected class, or association with a protected class, was a motivating factor in the Water Work's refusal to promote plaintiff so that a male could be

promoted instead.

22. Defendant has undertaken these discriminatory practices willfully and/or with reckless disregard for the impact it has on the Plaintiffs' rights.

23. As a proximate result of the Water Work's unlawful and intentional discrimination, plaintiff has been caused to suffer financial loss, economic loss, loss of career opportunity, shame humiliation, emotional distress and trauma. Plaintiff seeks declaratory and injunctive relief, award of lost career benefits and wages, back pay, promotion to rightful position, interest, compensatory damages and all such other relief the trier of fact may assess.

## COUNT TWO

## GENDER DISCRIMINATION - TERMINATION

24. Plaintiff adopts and alleges each preceding paragraph as if fully set forth herein. Plaintiff is a female and a member of a protected class.

25. The plaintiff was terminated after over twenty years of service for allegedly telling someone to "shut the hell up." White male employees engaged in substantially more egregious behavior, but were not disciplined and certainly not terminated.

26. As a proximate result of the Water Work's unlawful and intentional discrimination, plaintiff has been caused to suffer financial loss, economic loss, loss of career opportunity, shame humiliation, emotional distress and trauma. Plaintiff seeks declaratory and injunctive relief, award of lost career benefits and wages, back pay, promotion to rightful position, interest, compensatory damages and all such other relief the trier of fact may assess.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, respectfully requests this Honorable Court:

A.    Order The Water Works to make Beth Moon and Phyllis Soper whole by providing appropriate front pay with prejudgment interest, back pay with prejudgment interest, in amounts to be proved at trial, placement to her rightful position, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, compensatory damages and punitive damages.

B.    Award the Plaintiff compensatory and punitive damages where applicable or liquidated damages in those instances where punitive damages are not warranted by statute;

C.    Award the Plaintiff her costs and expenses herein, including reasonable attorney fees; and,

D.    Award such other and further relief which this Count deems necessary and proper.


Respectfully submitted,

/s/ Pleshette Sanford
Pleshette Sanford, *pro se*

437 Waterford Cove Trail
Calera, Alabama 35040
Telephone: (205) 222-9043

5

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AT THE ADDRESS BELOW:**

The Water Works Board of the City of Birmingham
c/o Registered Agent
Macaroy Underwood, General Manager
3600 1st Avenue North
Birmingham, Alabama 35283